UNITED STATES of America,
Appellee,

v.

Shawn Michael AIELLO, Appellant.

No. 11–1514.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 14, 2011.

Filed: Feb. 9, 2012.

Michael A. Bert, Assistant U.S. Attorney, U.S. Attorney's Office, St. Louis, MO, of Appellee.

Shawn Michael Aiello, Lompoc, CA, pro se.

Brian S. Witherspoon, Assistant Federal Public Defender, Federal Public Defender's Office, St. Louis, MO, for Appellant.

Before RILEY, Chief Judge, BEAM, and BYE, Circuit Judges.

PER CURIAM.

Shawn Aiello appeals his conviction and mandatory minimum fifteen-year sentence, following a guilty plea, to being a felon in possession of a firearm, 18 U.S.C. § § 922(g) & 924(e). After pleading guilty, Aiello unsuccessfully argued to the district court [1] at sentencing that his pros-

---

**1.** The Honorable Rodney W. Sippel, United States District Judge for the Eastern District

ecution under § 922(g) violated his Second Amendment right to keep and bear arms, citing *District of Columbia v. Heller*, 554 U.S. 570, 128 S.Ct. 2783, 171 L.Ed.2d 637 (2008), and *McDonald v. City of Chicago*, —— U.S. ——, 130 S.Ct. 3020, 177 L.Ed.2d 894 (2010). He renews this argument on appeal. To the extent, as the government urges, that Aiello's briefing can be read to present an "as applied" challenge to § 922(g), it is barred by the appellate waiver of all non-jurisdictional issues in his plea agreement. *See United States v. Joos*, 638 F.3d 581, 586 (8th Cir.2011) (holding that "as applied" constitutional challenges to statutes are non-jurisdictional), *cert. denied*, —— U.S. ——, 132 S.Ct. 1159, —— L.Ed.2d —— (2012). To the extent, as Aiello urges, that he brings a facial challenge to § 922(g), his arguments are foreclosed by our circuit precedent. *See id.* (noting that we have previously upheld § 922(g) against a Second Amendment challenge). We affirm.